ANNIE SCHATZBERG, Respondent, *v.* LOUIS SCHATZBERG, Appellant.

(Argued February 9, 1931; decided February 19, 1931.)

*Abraham Mopper* and *Charles A. Winter* for appellant. *Louis Jersawit* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.